**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In Re:                                                   Chapter 7

    LUIGI ROSABIANCA,

                                          Debtor.    Case No. 1-20-40385-ESS

-------------------------------------------------------------
CARMELO ROSABIANCA and
VIVIAN ROSABIANCA,

                                         Plaintiffs,    Adversary Proceeding
                                                                        No. 20-01030

        -against-

                                                                      **CERTIFICATE OF SERVICE**

LUIGI ROSABIANCA,

                                       Defendant.
-------------------------------------------------------------------x

I hereby certify that on this 21st day of September, 2020, I served the foregoing Motion for Default Judgment, by ECF and First-Class Mail, upon the following parties:

                                             **Luigi Rosabianca**
                                           2342 Benson Avenue
                                           Brooklyn, NY 11214

Dated:  September 21, 2020
            Brooklyn, New York

                                           **PETROFF AMSHEN LLP**

                             By:    */s/ Steven Amshen*
                                   Steven Amshen, Esq.
                                   1795 Coney Island Avenue, Third Floor
                                   Brooklyn, New York 11230
                                   (718) 336-4200
                                   samshen@lawpetroff.com
                                   *Attorneys for Carmelo Rosabianca &*
                                   *Vivien Rosabianca*